UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN C. RODRIGUEZ, | No. 2:14-cv-1049 MCE KJN (P) |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY BEARD, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's Motion for Relief pursuant to Federal Rule of Civil Procedure 60(b) ("Motion").  ECF No. 68.  For the reasons that follow, Plaintiff's Motion is DENIED.

Plaintiff alleges that the magistrate judge issued three orders addressing dispositive issues when both parties had not consented to the jurisdiction of the magistrate judge.  In particular, Plaintiff cites the June 11, 2014 order dismissing Plaintiff's Complaint with leave to amend (ECF No. 9), the September 5, 2014 order dismissing all Defendants named in the Second Amended Complaint except for Defendants Foulk, St. Andre and Matis (ECF No. 18), and the January 5, 2015 order denying Plaintiff's motion for leave to file an amended complaint (ECF No. 30). Plaintiff now requests an opportunity to file objections to these three orders.

///

Court records indicate that on May 5, 2014, Plaintiff consented to the jurisdiction of the magistrate judge. ECF No. 5. On January 6, 2015, the magistrate judge ordered the U.S. Marshal to serve Defendants Foulk, St. Andre and Matis. ECF No. 31. On March 9, 2015, Defendants Foulk, St. Andre and Matis filed a motion to sever. ECF No. 41. On April 3, 2015, the magistrate judge recommended that Defendants' motion to sever be granted and ordered the Clerk of the Court to appoint a district judge to this action. ECF No. 45.

At the time the magistrate judge issued the orders cited by Plaintiff (ECF Nos. 9, 18, 30), Plaintiff had consented to the magistrate judge's jurisdiction and Defendants had not appeared in this action. Therefore, to the extent these orders could be characterized as dispositive, the magistrate judge was authorized to issue these orders.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Relief (ECF No. 68) is DENIED.

IT IS SO ORDERED.

Dated: January 14, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT