# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN C. RODRIGUEZ,<br><br>         Plaintiff,<br>vs.<br><br>JEFFREY BEARD, et al.,<br><br>         Defendants | No.  2:14-cv-1049 MCE KJN P<br><br>**ORDER** |

Defendant MATIS seeks an order from the Court, pursuant to Federal Rule of Civil Procedure 30(b)(4), to permit defendant's counsel to conduct the deposition of plaintiff DEAN RODRIGUEZ via videoconference.

Having read defense counsel's request,

IT IS HEREBY ORDERED THAT:

1.   Defendant's request to conduct plaintiff's deposition via videoconference is GRANTED.

2.   Nothing in this Order shall be interpreted as requiring any penal institution to obtain videoconferencing equipment if it is not already available.

////

1

     3.  A court reporter shall be present at the penal institution where plaintiff is incarcerated to record the deposition.

Dated:  January 15, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Rod1049.dep