UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN C. RODRIGUEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>JEFFREY BEARD, et al.,,<br><br>          Defendant. | No.  2:  14-cv-1049 MCE KJN P<br><br><br><br>ORDER |

On November 16, 2016, plaintiff filed "objections" to the October 28, 2016 orders by the magistrate judge denying plaintiff's motions to compel and for certification of subpoena. (ECF No. 114.) Plaintiff also objects to the October 28, 2016 order deferring ruling on plaintiff's motion for additional discovery brought pursuant to Federal Rule of Civil Procedure 56(d). (Id.) The undersigned construes plaintiff's objections as a request for reconsideration.

Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the court finds that it does not appear that the magistrate judge's rulings were clearly erroneous or contrary to law.

Therefore, upon reconsideration, the orders of the magistrate judge filed October 28, 2016 are affirmed.

IT IS SO ORDERED.

Dated:  December 7, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1