1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DEAN C. RODRIGUEZ,                      No. 2: 14-cv-1049 MCE KJN P

12                     Plaintiff,

13          v.                               FINDINGS AND RECOMMENDATIONS

14   JEFFREY BEARD, et al.,

15                     Defendants.

16

17          Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18   to 42 U.S.C. § 1983.  On March 22, 2017, the court granted defendants' summary judgment

19   motion and judgment was entered.  (ECF Nos. 133, 134.)  Plaintiff appealed the judgment to the

20   Ninth Circuit Court of Appeals.  (ECF No. 137.)

21          On April 25, 2019, the Ninth Circuit Court of Appeals reversed and remanded this action

22   on the grounds that the undersigned dismissed certain claims without consent from all parties.

23   Williams v. King, 875 F.3d 500, 503-04 (9th Cir. 2017).  (ECF No. 140.)  Accordingly, the

24   undersigned herein recommends dismissal of those claims previously dismissed by the

25   undersigned without consent of all parties.

26          On September 5, 2014, the undersigned dismissed the second amended complaint but for

27   the claims alleging that defendants Foulk and St. Andre subjected plaintiff to a race-based

28   lockdown on March 17, 2013, and the retaliation claim against defendant Matis.  (ECF No. 18.)

                                                 1

1  For the reasons stated in the September 5, 2014 order, the undersigned herein recommends

2  dismissal of the second amended complaint but for the claims alleging that defendants Foulk and

3  St. Andre subjected plaintiff to a race-based lockdown on March 17, 2013, and the retaliation

4  claim against defendant Matis.

5  On January 5, 2015, the undersigned denied plaintiff's motion to amend.  (ECF No. 30.)

6  In an abundance of caution, the undersigned herein recommends that plaintiff's motion to amend

7  (ECF No. 26) be denied for the reasons stated in the January 5, 2015 order.

8  Accordingly, IT IS HEREBY RECOMMENDED that:

9  1.  The second amended complaint be dismissed but for the claims alleging that

10  defendants Foulk and St. Andre subjected plaintiff to a race-based lockdown on March 17, 2013,

11  and the retaliation claim against defendant Matis;

12  2.  Plaintiff's motion to amend (ECF No. 26) be denied.

13  These findings and recommendations are submitted to the United States District Judge

14  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

15  after being served with these findings and recommendations, any party may file written

16  objections with the court and serve a copy on all parties.  Such a document should be captioned

17  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

18  objections shall be filed and served within fourteen days after service of the objections.  The

19  parties are advised that failure to file objections within the specified time may waive the right to

20  appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

21  Dated:  May 17, 2019

23  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

Rod1049.fr

2