UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN C. RODRIGUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>JEFFREY BEARD, et al.,<br><br>  Defendants. | No. 2:14-cv-01049 MCE KJN P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 6, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 6, 2019, are adopted in full;

2. Plaintiff's claims in the second amended complaint alleging an inadequate law library, inadequate law library access and race-based lockdowns on March 2, 2011 and November 9, 2012 are dismissed; and

3. Plaintiff's motion to amend (ECF No. 26) is denied.

IT IS SO ORDERED.

Dated: February 19, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE